IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN VICTOR and<br>HARRIET G. VICTOR,<br><br>    Plaintiffs,<br><br>v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br>JOHN J. RIGAS, TIMOTHY J. RIGAS,<br>JAMES P. RIGAS, MICHAEL J. RIGAS,<br>PERRY S. PATTERSON, PETE J. METROS,<br>DENNIS P. COYLE, LESLIE J. GELBER,<br>PETER L. VENETIS, DELOITTE & TOUCHE LLP,<br>SALOMON SMITH BARNEY, INC, and<br>BANC OF AMERICA SECURITIES LLC<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 02-CV-3659<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

                                              _____
                                              Alan J. Davis
                                              William A. Slaughter
                                              Joel E. Tasca
                                              BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                              1735 Market Street, 51st Floor
                                              Philadelphia, PA  19103
                                              (215) 864-8230/8114/8188
                                              (215) 864-8999 (fax)

Date:  June 17, 2002

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

    Nicholas E. Chimicles, Esquire
    CHIMICLES & TIKELLIS LLP
    361 West Lancaster Avenue
    Haverford, PA 19041

                                                          _____
                                                          Joel E. Tasca

PHL_A #1635837 v1